UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00002-H-7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | O R D E R |
| | : | |
| JOHN DOE | : | |
|     a/k/a "Banz" | : | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to JOHN DOE, also known as "Banz," be changed to reflect the proper identification of the defendant as ORLANDO RASHAUD CHILDRESS.

*The clerk is directed to Re-issue the warrant in name of Orlando Rashaud Childress.*

This the 20TH day of April, 2015.

                                            MALCOLM J. HOWARD
                                            SENIOR UNITED STATES DISTRICT JUDGE