IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-2-7H

UNITED STATES OF AMERICA,

v.

ORLANDO RASHAUD CHILDRESS,
    Defendant.

**ORDER**

This matter is before the court on defendant's motion for reduction of sentence [DE #403]. The court has carefully reviewed this matter and finds that defendant's motion under § 3582 relies on Amendment 787 to the United States Sentencing Guidelines ("USSG"). However, Amendment 787 was enacted in 2014, and defendant was not sentenced until 2015. Therefore, Amendment 787 does not afford relief to petitioner.

This 11th day of January 2021.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35